```
FILED
June 18, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NUMBER: 2:14-mj-00132-KJN |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| ROBERT MCGEE, | ) | |
| | ) | |
| Defendant. | ) | |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Robert McGee</u>; Case <u>2:14-mj-00132-KJN</u> from custody and for the following reasons:

__    Release on Personal Recognizance

__    Bail Posted in the Sum of _____

_X_   Unsecured Appearance Bond in the amount of $50,000.00, co-signed by defendant's wife Deborah McGee

__    Appearance Bond with 10% Deposit

__    Appearance Bond secured by Real Property

__    Corporate Surety Bail Bond

_X_   (Other) <u>Pretrial Supervision/Conditions; defendant to be released on 6/19/2014 at 9:00 AM to the custody of Pretrial Services.</u>

Issued at  <u>Sacramento, CA</u>  on  <u>6/18/2014</u>  at  2:30 p.m.

By _____
Kendall J. Newman
United States Magistrate Judge